**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| KENT CRAIG, | ) | NO. CV 11-9900-PA (E) |
| Petitioner, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS, |
| LELAND McEWEN, Warden, et al., | ) | CONCLUSIONS AND RECOMMENDATIONS OF |
| Respondents. | ) | UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered dismissing the Petition without prejudice.

///

///

///

///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
2 the Magistrate Judge's Report and Recommendation and the Judgment
3 herein on Petitioner, and counsel for Respondent.

5    LET JUDGMENT BE ENTERED ACCORDINGLY.

7        DATED:  _February 28, 2012

                                    _____
10                                       PERCY ANDERSON
                                    UNITED STATES DISTRICT JUDGE