**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENT CRAIG, | ) NO. CV 11-9900-PA (E) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| LELAND McEWEN, Warden, et al., | ) |
| Respondents. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: February 28, 2012

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE